Hon. John C. Coughenour

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| INTERSTATE FIRE & CASUALTY COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>CORPORATION OF THE CATHOLIC ARCHBISHOP OF SEATTLE,<br><br>Defendant. | NO. C08-1793-JCC<br><br>STIPULATION AND ORDER TO EXTEND DEADLINE TO ANSWER COMPLAINT |

## STIPULATION

The parties, through their undersigned counsel of record, stipulate to an extension of Defendant Corporation of the Catholic Archbishop of Seattle's deadline to answer or otherwise plead to the Complaint until April 7, 2009.

SO STIPULATED this 20th day of March 2009.

CROWLEY LAW OFFICES, P.S.

By: /s/ William J. Crowley
William J. Crowley, WSBA # 18499
Attorney for Defendant

REED McCLURE

By: /s/ Michael S. Rogers
Michael S. Rogers, WSBA #16423
Jason E. Vacha, WSBA #34069
Attorneys for Plaintiff

DICKSTEIN SHAPIRO LLP

By: /s/ James R. Murray
James R. Murray, WSBA #25263
Attorney for Defendant

ONEBANE LAW FIRM

By: /s/ Timothy J. McNamara
Timothy J. McNamara, pro hac vice
Attorney for Plaintiff

STIPULATION AND ORDER TO EXTEND
DEADLINE TO ANSWER COMPLAINT - 1

## ORDER

This matter having come before the Court on the stipulation of the parties (Dkt. No. 18), and good cause having been shown,

IT IS HEREBY ORDERED THAT Defendant Corporation of the Catholic Archbishop of Seattle shall have until April 7, 2009 to answer or otherwise plead to the Complaint.

DATED this 23rd day of March, 2009.

_____
John C. Coughenour
UNITED STATES DISTRICT JUDGE

Presented by:

CROWLEY LAW OFFICES, P.S.

By: /s/ William J. Crowley
William J. Crowley, WSBA No. 18499

DICKSTEIN SHAPIRO LLP
James R. Murray, WSBA No. 25263
Attorneys for Defendant

REED McCLURE

By: /s/ Michael S. Rogers
Michael S. Rogers, WSBA No. 16423
Jason E. Vacha, WSBA No. 34069

ONEBANE LAW FIRM
Timothy J. McNamara, pro hac vice
Attorneys for Plaintiff

STIPULATION AND ORDER TO EXTEND
DEADLINE TO ANSWER COMPLAINT - 2

CROWLEY LAW OFFICES, P.S.
1411 Fourth Avenue Suite 1520 • Seattle, WA 98101
(206) 224-7069 • Facsimile (206) 624-8785
www.crowleylawoffices.com